## UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)

**XX FIFTH AMENDED PLAN** (Indicate 1st, 2nd, etc. amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Charles S. Fishman                              CASE NO. 14-18759-BKC-RBR

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $55.00 for month 1 to 2;
   B.   $344.30 for months 3 to 6; and
   C.   $332.34 for months 7 to 60 in order to pay the following creditors:

   Base Fee PRO BONO
   COSTS $150.00
   Balance Due  $150.00 payable $50.00/mo. (Mos. 1 to 2)
                        payable $25.00/mo. (Mos. 3 to 4)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Hi-Greens of Inverrary, Inc.            Regular payment : $288.00/mo (Mos. 3 to 60)
5800 NW 44th Street                     1st payment directly to the HOA
Lauderhill FL 33319

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Hi Greens of Inverrary, Inc. 5800 NW 44 St Lauderhill FL 33319 -0170 | $50,280.00 (value of the homestead property is less than what is owed the 1st Mortgage) | n/a | n/a | n/a | n/a |

Priority Creditors: [as defined in 11 U.S.C. §507]

Unsecured Creditors: Pay $14.13 /mo. (Mos. 5 to 60) Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:  Debtor states that the lien stripping of Hi Greens of Inverrary, Inc. shall not impair any state law rights of the association to collect pre-petition amounts from any subsequent owner of the Debtor's property.  The Debtor has a potential claim against the mortgage holder on the property inherited from his mother. I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

The first two payments to the HOA were made directly to HI-GREENS OF INVERRARY, INC.

_/s/ Charles S. Fishman_
CHARLES S. FISHMAN, Debtor

Dated: 2/19/15

LF-31 (rev. 01/08/10)